■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL Low, Appellant. [616 NYS2d 216] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered February 21, 1991, convicting him of rape in the first degree (2 counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence, in the light most favorable to the prosecution (see, People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (CPL 470.15 [5]).

The prosecution's opening statement and summation did not